UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __24-60130-CR-DIMITROULEAS/HUNT__

21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(o)(1)

UNITED STATES OF AMERICA

v.

RONALD HAMPTON,

Defendant.
_____/

FILED BY_____D.C.
JUL 18 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

**Count 1**
Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1)

On or about October 6, 2023, in Broward County, in the Southern District of Florida, the defendant,

**RONALD HAMPTON,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that this violation involved 50 grams or more of methamphetamine.

**Count 2**
Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1)

On or about October 13, 2023, in Broward County, in the Southern District of Florida, the defendant,

1

**RONALD HAMPTON,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that this violation involved 50 grams or more of methamphetamine.

## Count 3
Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1)

On or about October 26, 2023, in Broward County, in the Southern District of Florida, the defendant,

**RONALD HAMPTON,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that this violation involved 50 grams or more of methamphetamine.

## Count 4
Possession and Transfer of a Machinegun, 18 U.S.C. § 922(o)(1)

On or about October 26, 2023, in Broward County, in the Southern District of Florida, the defendant,

**RONALD HAMPTON,**

did knowingly possess and transfer a machinegun, as defined in Title 26, United States Code, Section 5845(b) and Title 18, United States Code, Section 921(a)(24), in that the defendant possessed and transferred a machinegun conversion device, which is a part designed and

intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Section 922(o)(1).

A TRUE BILL.

_____
FOREPERSON

_____ BRUCE R BROWN
FOR MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
LAWRENCE D. LaVECCHIO
ASSISTANT U. S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RONALD HAMPTON,

_____/
          Defendant.

CASE NO.: _____

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- ☐ Miami
- ☒ FTL
- ☐ Key West
- ☐ WPB
- ☐ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: English

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☒ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
Lawrence D. LaVecchio
Assistant United States Attorney
FL Bar No.        305405

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Ronald Hampton

**Case No:** _____

Count #: 1-3

Distribution of a Controlled Substance (Methamphetamine), in violation of Title 21, United States Code, Section 841(a)(1)

* **Max. Term of Imprisonment:** Life imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** Ten (10) years
* **Max. Supervised Release:** At least five (5) years up to life
* **Max. Fine:** $10,000,000

Counts #: 4

Possession and Transfer of a Machinegun, in violation of Title 18, United States Code, Section 922(o)(1)

* **Max. Term of Imprisonment:** Ten (10) years' imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Three (3) years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**